# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**　　　　　　　　　　　　　　　　**Case No. 12-CR-110**

**TARA THOUSAND**
    **Defendant.**

---

### ORDER

I previously allowed defendant to be released pending appeal. The appeal is now concluded.

**THEREFORE, IT IS ORDERED** that defendant surrender to the Bureau of Prisons by reporting to the facility designated on July 22, 2014, before 2:00 p.m.

Dated at Milwaukee, Wisconsin, this 24th day of June, 2014.

                        /s Lynn Adelman

                        _____
                        LYNN ADELMAN
                        District Judge